```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 45161
   MICHAEL ANDREW PEREZ
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-4069
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/06/05 and confirmed on 11/18/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 112103.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| BANKAMERICA | SECURED VEHIC | 24866.00 | 539.25 | 24866.00 |
| CITIBANK NA | SECURED | 2000.00 | 43.38 | 2000.00 |
| SERVICE CREDIT UNION | SECURED VEHIC | 11903.65 | 259.72 | 11903.65 |
| BECKET & LEE LLP | UNSECURED | 24340.82 | .00 | 24340.82 |
| AMERICAN EXPRESS CENTURI | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4007.55 | .00 | 4007.55 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2692.92 | .00 | 2692.92 |
| CHASE HOME FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3594.75 | .00 | 3594.75 |
| DISCOVER BANK | UNSECURED | 7134.67 | .00 | 7134.67 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2000.02 | .00 | 2000.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 22158.70 | .00 | 22158.70 |
| NORDSTROM FSB | UNSECURED | 208.11 | .00 | 208.11 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 38769.65 | .00 | 66137.54 | .00 | 104907.19 |
| PRINCIPAL PAID | 38769.65 | .00 | 66137.54 | .00 | 104907.19 |
| INTEREST PAID | 842.35 | .00 | .00 | .00 | 842.35 |
| TOTAL PAID | 39612.00 | .00 | 66137.54 | .00 | 105749.54 |

The Debtor's attorney, RICHARD E SEXNER             , was allowed $   2200.00
and was paid $   771.00  direct and $   1429.00  through the plan.

The Trustee received $   4920.33 .

Refunds to the Debtor totaled $      4.13 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/16/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 45161 MICHAEL ANDREW PEREZ